IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12MJ3065 |
| vs. | DETENTION ORDER |
| MICHAEL P. BOYER, | |
| Defendant. | |

The defendant waived his right to a preliminary hearing. After affording the defendant an opportunity for a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f), and for the reasons set forth in the prior detention order, the court concludes the defendant must be detained pending a status hearing.

Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

October 9, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge